# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

JNS Power & Control Systems, Inc.

               Plaintiff,

v.                                    Case No.: 1:13–cv–04020

                                    Honorable Robert M. Dow Jr.

350 Green, LLC

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 6, 2013:

      MINUTE entry before Honorable Robert M. Dow, Jr: MOTION by Plaintiff JNS Power & Control Systems, Inc. to expedite proceedings and discovery [6] is entered and continued to 6/11/2013 at 9:00a.m. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.